# United States District Court
## Violation Notice

VA90

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| N 0454042 | HINTON, WYMAN | U715 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 10/21/2015 1657 | 18 USC 641 |

Place of Offense
BLDG-CD 13 NAVY EXCHANGE
NAVAL STATION NORFOLK, VA

Offense Description
GRAND LARCENY OF GOVERNMENT PROPERTY

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| JOHNSON | MARK | A |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**

Court Address: U.S. DISTRICT COURT NORFOLK DIVISION 600 GRANBY STREET NORFOLK, VA 23510
Date: 12/16/2015
Time: 08:30 AM

X Defendant Signature: [signed] Mark J.

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on OCT 21, 2015 while exercising my duties as a law enforcement officer in the EASTERN District of Virginia

ON 21 OCT 15 AT APPROXIMATELY 1715 CPL HINTON RESPONDED TO THE NAVY EXCHANGE LOCATED AT 1560 MALL DRIVE, NORFOLK, VA 23511 IN REFERENCE TO A REPORT OF LARCENY OF GOVERNMENT PROPERTY. UPON ARRIVAL, THE OFFICER MET WITH LOSS PREVENTION OFFICER LISA PETERSON WHO STATED BETWEEN 1657 AND 1701 SHE OBSERVED THE SUSPECT LATER IDENTIFIED AS MARK ANTHONY JOHNSON CONCEALED STORE MERCHANDISE AND EXIT THE STORE BY-PASS ALL WORKING REGISTERS WITHOUT PAYING FOR THE CONCEALED ITEMS. CPL HINTON REVIEWED THE SECURITY SURVEILLANCE VIDEO MARKED 10/21/15 JOHNSON, M DOB 04/10/1963 XXX-XX-0926 WHICH CONFIRMED SUSPECT JOHNSON HAD POSSESSION OF THE MERCHANDISE AND LEFT THE STORE BY PASSING ALL OPEN REGISTERS

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/21/2015   [signed] Wyman Hinton
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge